UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 14-7053-DMG (AGRx)** | Date | February 26, 2020 |

| | | | |
|---|---|---|---|
| Title | ***Corey Carnegie; Christianna Delight Hartwell v. City of Los Angeles Department of Animal Services,* et al.** | Page | 1 of 2 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS — ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION [90]**

This section 1983 action arises out of Defendant Los Angeles Department of Animal Services' alleged unlawful taking of Plaintiffs' animals.  [*See* Doc. # 1.]

On April 21, 2015, this Court issued an order on Defendants' motions to dismiss, motion to strike, and motion for a more definitive statement.  [Doc. # 90.]  In relevant part, the Court ordered as follows:

1. Defendant Schwab's motion to dismiss was granted as to the conversion claim, with leave to amend, and was otherwise denied;
2. Defendant Schwab's motion to strike paragraphs 9-12 and 183-185 of the First Amended Complaint was granted;
3. Defendant Schwab's motion for a more definite statement was denied;
4. The City Defendants' motion to dismiss the request for punitive damages against the City of Los Angeles and for an accounting was granted without leave to amend.

*Id.* at 19-20.  The Court's April 21, 2015 Order also stayed the action pending resolution of state criminal proceedings against Plaintiffs for animal neglect and animal cruelty.  *Id.* at 7, 19.

The Court further ordered the parties to file a Joint Status Report within 15 days after a final disposition of the state criminal proceedings, including a request to lift the stay, if necessary, and to propose deadlines within which Plaintiffs would file their Second Amended Complaint, if any, and Defendants would file their response.  *Id.* at 20.

No relevant further action has been taken by the parties since that time.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 14-7053-DMG (AGRx)** | Date | February 26, 2020 |
|---|---|---|---|

| Title | *Corey Carnegie; Christianna Delight Hartwell v. City of Los Angeles Department of Animal Services,* **et al.** | Page | 2 of 2 |
|---|---|---|---|

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution.

By no later than **March 12, 2020**, Plaintiffs shall file a response indicating whether the state criminal proceedings against them have been resolved and whether they intend to continue to pursue this action. If so, Plaintiffs shall request to lift the stay and propose a deadline within which to file their Second Amended Complaint.

**Plaintiffs' failure to file a response by the above-indicated date shall result in dismissal of this action with prejudice for lack of prosecution.**

**IT IS SO ORDERED.**